

MEMORANDUM OPINION

Vacate. Remand.

■

389 P.3d 126

Sheila J. BELARMINO, Claimant-
Appellee-Appellant,

v.

STATE of Hawai'i, Department of
Education, Employer-Appellant-
Appellee, Self-Insured

NO. CAAP-12-0000784

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 14, 2016.

APPEAL FROM THE LABOR AND IN-
DUSTRIAL RELATIONS APPEALS
BOARD (CASE NO. AB 2010-041(K); (4-03-
10035))

MEMORANDUM OPINION

Remand.

■

389 P.3d 126

Ernesto VERDUGO, Jr.,
Plaintiff-Appellee,

v.

BUBBA GUMP SHRIMP CO.
RESTAURANTS, INC.
Defendant-Appellant.

NO. CAAP-14-0000908

Intermediate Court of Appeals of Hawai'i.

December 15, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 06-
1-1747-10)

MEMORANDUM OPINION

Affirm.

■

389 P.3d 126

STATE of Hawai'i, Plaintiff-Appellant

v.

Jaylord PARRAS, Defendant-Appellee
(CR. NO. 14-1-0313)

and

State of Hawai'i, Plaintiff-Appellant

v.

Jaylord Parras, Defendant-Appellee
(CR. NO. 13-1-1603)

CAAP-15-0000532
CAAP-15-0000534

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 16, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT

290

## SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 127

**KUHIO EBBTIDE DEVELOPMENT, INC., Plaintiff-Appellee,**

v.

**Charles Morse BARKER, III and Janice Murdoch, Defendants-Appellants**

and

**John Does 1-10; Jane Does 1-10; Doe Partnerships 1-10; Doe Corporations 1-10; Doe Governmental Agencies 1-10; and Doe Entities 1-10, Defendants.**

**NO. CAAP-13-0005374**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, December 16, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 11-1-3056-12)

## MEMORANDUM OPINION

Affirm.

389 P.3d 127

**JLW, Petitioner-Appellant,**

v.

**KG, Respondent-Appellee**

**NO. CAAP-15-0000647**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, December 16, 2016.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-PATERNITY NO. 12-1-0045)

## MEMORANDUM OPINION

Vacated. Remanded.

389 P.3d 127

**CERTIFIED CONSTRUCTION, INC., Petitioner-Appellant,**

v.

**Collins TOMEI, as Director of the Department of Finance, County of Hawaiʻi, Respondent-Appellee (CIVIL NO. 14-1-0303)**

and

**In the matter of Certified Construction, Inc., Petitioner-Appellant/Appellee,**

v.

**Collins Tomei, as Director of the Department of Finance, County of Hawaiʻi, Respondent-Appellee/Appellant (CIVIL NO. 14-1-0200)**

**NO. CAAP-14-0001160**
**NO. CAAP-14-0001190**

Intermediate Court of Appeals of Hawaiʻi.

December 16, 2016.

APPEALS FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT